# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **LEROY A. LOVELACE**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:03CV00395 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JACK LEE, *ET AL.*,** | ) | By: James P. Jones |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

Plaintiff Leroy Lovelace has filed a Motion for Continuance, seeking to postpone for sixty (60) days the jury trial now scheduled in this case for January 23, 2008, in Abingdon, Virginia. As I have referred this case to United States Magistrate Judge Michael F. Urbanski for mediation and as Lovelace has received the majority of the discovery materials that he has requested, I do not find that he has demonstrated any reason to continue the scheduled trial.

For the stated reasons, it is hereby **ORDERED** that plaintiff's Motion for Continuance (Dkt. No. 116) is **DENIED**.

ENTER: January 7, 2008

/s/ JAMES P. JONES
Chief United States District Judge