UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **LEROY A. LOVELANCE,** | ) |
| | ) |
| Plaintiff, | ) Case No. 7:03CV00395 |
| | ) |
| v. | ) **NOTICE** |
| | ) |
| **KEVIN LESTER,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

TAKE NOTICE that the proceeding listed below has been **CANCELED.**

| Type of Proceeding: | **JURY TRIAL** |
|---|---|
| Location: | **United States Courthouse<br>180 West Main Street<br>Abingdon, Virginia** |
| Date & Time of Proceeding: | **Wednesday, January 23, 2008 @ 9:00 a.m.** |

JOHN F. CORCORAN, CLERK
by: s/ Allison Cook, Deputy Clerk

Date of Notice: January 10, 2008

Honorable James P. Jones, presiding