# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **LEROY A. LOVELACE,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:03CV00395 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **KEVIN LESTER,** | ) | By: James P. Jones |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

The court having been advised that this case has been settled, it is **ORDERED** that the case is dismissed. If desired, the parties may hereafter within sixty (60) days submit an agreed stipulation, final order or judgment. If no such agreed stipulation, final order or judgment is submitted, or if no party files a motion to reopen the case within sixty (60) days, this case shall, without further order, stand dismissed with prejudice.

The clerk is directed to close the case.

ENTER: January 11, 2008

/s/ JAMES P. JONES
Chief United States District Judge