CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 11 2008

JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LEROY A. LOVELACE, | ) |
| | ) |
| Plaintiff, | ) Case No. 7:03cv395 |
| | ) |
| v. | ) |
| | ) |
| JACK LEE, *ET AL.*, | ) |
| | ) |
| Defendants. | |

### REPORT

At a conference call held between the parties on January 10, 2008, plaintiff and counsel for defendants indicated their agreement to settle this matter upon mutually agreeable terms which the undersigned **REPORTS** to the Court. The parties are to execute the customary settlement documents and, within 30 days thereof, submit an agreed order of dismissal to the Court.

The Clerk of the Court hereby is directed to send a certified copy of this Report to plaintiff and counsel of record.

Enter this 11th day of January, 2007.

Michael F. Urbanski
United States Magistrate Judge