IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Roanoke Division

LEROY A. LOVELACE, #161416,

    Plaintiff,

v.                              CIVIL ACTION NO. 7:03-cv-00395

JACK LEE, WARDEN et. al.,

    Defendants.

## STIPULATION OF DISMISSAL

Plaintiff Leroy A. Lovelace and Defendants, by their counsel, hereby stipulate the dismissal of this action pursuant to Rule 41, Federal Rules of Civil Procedure. This Dismissal extends to all parties to this proceeding and is with prejudice.

_____       2-26-08
Leroy A. Lovelace, #161416       Date
(*Plaintiff*)

_____       Feb. 26, 2008
Mark R. Davis       Date
Senior Assistant Attorney General
(*Counsel for Defendants*)

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of February, 2008, I electronically filed the foregoing Stipulation Of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A, and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants: the Plaintiff, Leroy A. Lovelace, #161416, at Keen Mountain Correctional Center, Post Office Box 860, Oakwood, Virginia 24631.

s/ Mark R. Davis<br>
Senior Assistant Attorney General